■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT SOLES, Appellant. [682 NYS2d 580] —Judgment, Supreme Court, New York County (Allen Alpert, J., at plea; Charles Solomon, J., at sentence), rendered October 13, 1995, convicting defendant of auto stripping in the first degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

The sentencing court properly exercised its discretion in denying defendant's application to withdraw his plea without appointment of new counsel. The record establishes that the court's rejection of defendant's meritless claim of coercion was not based upon statements made by counsel (see, People v Smith, 253 AD2d 668). Concur—Sullivan, J. P., Lerner, Mazzarelli and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH WIGGINS, Appellant. [682 NYS2d 580] —Judgment, Supreme Court, Bronx County (Ira Globerman, J.), rendered October 1, 1996, convicting defendant, after a jury trial of criminal sale of a controlled substance in or near school grounds and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 9 to 18 years, unanimously affirmed.

The verdict was not against the weight of the evidence and we see no reason to disturb the jury's credibility determinations. We perceive no abuse of sentencing discretion. Concur—Sullivan, J. P., Lerner, Mazzarelli and Saxe, JJ.